**From:** Chuck Aliff <califf@fopohio.org>
**Sent:** Monday, December 7, 2020 1:11 PM
**To:** Kimberlee Warren <cpkbw@cuyahogacounty.us>
**Cc:** Christopher Russ <cruss@cuyahogacounty.us>; Erricka L Grays <cpeld@cuyahogacounty.us>
**Subject:** RE: FOP Dues for Fair Share Members - Janus Act

Kimberlee, I will forward your e-mail to the main office to have your name removed from our member rolls. Thank you.


Chuck Aliff

FOP/OLCI Staff Representative

2721 Manchester Road

Akron, Ohio 44319

cell: (440) 213-8594

off:  (330) 753-7080

fax: (330) 753-8955

Exhibit C. Pg.0001