**From:** Kenya R. Gray  <cpkrg@cuyahogacounty.us>
**Sent:** Monday, February 8, 2021 9:07  AM
**To:** Patricia Mingee <CP1PM@cuyahogacounty.us>; Christopher Russ <cruss@cuyahogacounty.us>; Greg Popovich <CPGXP@cuyahogacounty.us>; Colleen A. Brown <cabrown@cuyahogacounty.us>; Chuck  Aliff <califf@fopohio.org>
**Cc:** Kimberlee Warren <cpkbw@cuyahogacounty.us>; Erricka L Grays <cpeld@cuyahogacounty.us>; Brett Taylor <CPBT1@cuyahogacounty.us>; Michael Cain   <cpmc1@cuyahogacounty.us>
**Subject:** Re: Union Dues - Taken in  Error

I will forward the update to Chuck for further guidance.

Kenya Gray
Probation Officer
Lead Officer
Phone # 216-443-5425
Fax # 216-443-5390
Office Days
Monday, Tuesday, Wednesday, Thursday, & Friday.
8:30 a.m. to 4:30 p.m.

---

**From:**  Patricia  Mingee <CP1PM@cuyahogacounty.us>
**Sent:** Monday, February 8, 2021 8:51  AM
**To:** Christopher Russ <cruss@cuyahogacounty.us>; Greg Popovich <CPGXP@cuyahogacounty.us>; Colleen  A.  Brown <cabrown@cuyahogacounty.us>
**Cc:** Kimberlee Warren <cpkbw@cuyahogacounty.us>; Erricka L Grays <cpeld@cuyahogacounty.us>; Kenya R. Gray <cpkrg@cuyahogacounty.us>; Brett Taylor <CPBT1@cuyahogacounty.us>; Michael Cain   <cpmc1@cuyahogacounty.us>
**Subject:** Union Dues - Taken in Error

Good Morning,
A union due deduction for Probation Office Kimberlee Warren has been deducted in error since the Janus Act and must be repaid to Kimberlee for at least 2019 and 2020 for a total of $913.02. I have worked with Payroll Manager Jerry Butterfield who is unable to process a negative deduction so that Kimberlee is repaid and the monthly union due check is adjusted before sending it to the FOP.
The next step is to contact the union for a direct reimbursement but Kimberlee has not had success though that route.

I would like to contact the union directly but believe it should be coordinated through the union reps. Please advise how this issue should be addressed.

Thank you,

*Pat Mingee*

Payroll Officer / Administrative Assistant
Cuyahoga County Common Pleas Court – General Division
1200 Ontario Street, 11th Floor, Courts Tower
Cleveland, Ohio 44113
Phone: (216) 443-8557
Fax: (216) 443-5424
Cp1pm@cuyahogacounty.us

Exhibit D. Pg.0001