# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **KIMBERLEE WARREN,** | Case No. 1:21-CV-01655 |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **FRATERNAL ORDER OF POLICE OHIO LABOR COUNCIL, INC.,** | **ORDER** |
| **Defendant.** | |

This matter came before the Court on August 25, 2021.  Pursuant to Random Reassignment in accordance with General Order 2022-03, this matter was reassigned to Magistrate Judge Parker.

During a mediation conducted with Magistrate Judge Thomas M. Parker on October 27, 2022, the parties reached a settlement agreement but have requested an additional mediation referral.  With the concurrence of Magistrate Judge Darrell A. Clay and the approval of Judge Patricia A. Gaughan, this case shall be referred to Magistrate Judge Darrell A. Clay to conduct further mediation activity as appropriate.

**IT IS SO ORDERED**.

Dated:  October 28, 2022  *s/ Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE

Dated:  October 28, 2022  *s/ Darrell A. Clay*
DARRELL A. CLAY
U.S. MAGISTRATE JUDGE

APPROVED: **October 28, 2022**  *s/Patricia A. Gaughan*
PATRICIA A. GAUGHAN, CHIEF JUDGE
U.S. DISTRICT JUDGE