It is so STIPULATED.

s/Pamela A. Barker
PAMELA A. BARKER
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Kimberlee Warren, | ) | Case No. 21-CV-01655-PAB |
| | ) | |
| Plaintiff, | ) | Honorable Pamela A. Barker |
| | ) | U.S. District Court Judge |
| v. | ) | |
| | ) | |
| Fraternal Order of Police, Ohio Labor Council, Inc., | ) | |
| | ) | Notice of Stipulated Voluntary |
| | ) | Dismissal of Action With |
| Defendant. | ) | Prejudice |
| | ) | |

All parties to this case hereby provide notice that they have stipulated to the voluntary dismissal, with prejudice, of the above action against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 8th day of February 2023.

/s/ William L. Messenger
William L. Messenger (pro hac vice)
National Right to Work Legal Defense
  Foundation
8001 Braddock Road, Suite 600
Springfield, VA 22160
Tel (703) 321-8510
wlm@nrtw.org

Jay R. Carson (OH 0068526)
WEGMAN HESSLER
6055 Rockside Woods Blvd., Ste. 200
Cleveland, Ohio 44131
(216) 570-0256
jrcarson@wegmanlaw.com

*Attorneys for the Plaintiff*

1

/s/ Joshua Adam Engel
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

*Attorney for the Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF System this February 8, 2023 upon all counsel of record.

/s/ William L. Messenger
William L. Messenger

*An Attorney for the Plaintiff*